SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED MAY 2018
CLERK, U.S. DISTRICT COURT
By _____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| ANNA KARENNA PARSON (1) <br> TIFFANY NICOLE GILLIAM (2) | 3-18CR-267-B |

# INDICTMENT

The Grand Jury charges:

### Count One
### Conspiracy to Possess with Intent to Distribute
### 50 grams or more of Methamphetamine
### (Violation of 21 U.S.C. § 846 and §§ 841(a) and (b)(1)(B)(viii))

In or about October, 2017 and continuing until March 16, 2018, the exact dates being unknown to the Grand Jury, in the Dallas Division of the Northern District of Texas, the defendants, **Anna Karenna Parson** and **Tiffany Nicole Gilliam**, and others unknown to the Grand Jury, did knowingly, intentionally and unlawfully combine, conspire, confederate and agree together and with each other, to Possess with Intent to Distribute 50 grams or more of a mixture or substance containing a detectible amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 and §§ 841(a) and (b)(1)(B)(viii).

<u>Count Two</u>
Aiding and Abetting Possession with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 841(a) and (b)(1)(C) and 18 U.S.C. § 2)

On or about March 16, 2018, in the Dallas Division of the Northern District of Texas, **Anna Karenna Parson** and **Tiffany Nicole Gilliam**, the defendants, aiding and abetting each other, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a) and (b)(1)(C and 18 U.S.C. § 2).

## Forfeiture Notice
(21 U.S.C. § 853(a))

Upon conviction of the offenses alleged in Count One or Two of this indictment and pursuant to 21 U.S.C. § 853(a), the defendants, **Anna Karenna Parson** and **Tiffany Nicole Gilliam**, shall forfeit to the United States of America any property constituting or derived from proceeds obtained, directly or indirectly, as a result of the offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

*[signature]*
Foreperson

ERIN NEALY COX
UNITED STATES ATTORNEY

*[signature]*

L. RACHAEL JONES
Assistant United States Attorney
Texas State Bar No. 24032481
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone:   214-659-8600
Facsimile:   214-659-8803
E-mail: rachael.jones@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

ANNA KARENNA PARSON (1)
TIFFANY NICOLE GILLIAM (2)

INDICTMENT

21 U.S.C. § 846 and 841(a) and (b)(1)(B)(viii)
Conspiracy to Possess with Intent to Distribute 500 Grams
or More of Methamphetamine

21 U.S.C. § 841(a) and (b)(1)(C) and 18 U.S.C. § 2
Aiding and Abetting Possession with Intent to
Distribute a Controlled Substance

21 U.S.C. § 853(a)
Forfeiture Notice

2 Counts

A true bill rendered

DALLAS                                                                 FOREPERSON

Filed in open court this 30th day of May, 2018.

**Warrant to be Issued**

_____
UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending