# United States District Court
## Northern District of Texas
### Dallas Division

US MARSHALS SERVICE N/TX
DALLAS, TEXAS
2018 JUN -1 P 2:17

UNITED STATES OF AMERICA

V.

TIFFANY NICOLE GILLIAM

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:18-cr-00267-B

To: The United States Marshal
and any Authorized United States Officer

MAG. CASE NUMBER: _____

YOU ARE HEREBY COMMANDED to arrest   TIFFANY NICOLE GILLIAM

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

■ Sealed Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with:

Conspiracy to Possess with Intent to Distribute 50 grams or more of Methamphetamine; Aiding and Abetting Possession with Intent to Distribute a Controlled Substance

in violation of Title   21; 18

United States Code, Section(s)

846 and §§ 841(a) and (b)(1)(B)(viii); 841(a) and (b)(1)(C) and 2

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

*/s/ Karen Mitchell*
Signature of Issuing Officer

United States Magistrate Judge Rebecca Rutherford
Judge

5/31/2018
Date

Dallas, TX
Location

s/S. Shelby
(By) Deputy Clerk

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at Dallas, TX |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 7/6/18 | [signature] DUSTY | [signature] |
| DATE OF ARREST 7/6/18 | | 10597774 / 10597746 |