UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CRIMINAL ACTION NO:<br>3:18-CR-267-B |
| ANNA KARENNA PARSON (01),<br>TIFFANY NICOLE GILLIAM (02),<br>    Defendants. | §<br>§<br>§ | |

## ORDER GRANTING DEFENDANT'S MOTION FOR CONTINUANCE

Defendant ANNA KARENNA PARSON, through counsel, has filed a Motion for Continuance. Said motion, in accordance with the findings set forth below, on this August 3, 2018, is GRANTED.

In accordance with 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the Court finds that the ends of justice served by granting this motion for continuance outweigh the best interest of the public and the defendant in a speedy trial. In this regard, the Court has considered factors which indicate that its failure to grant this motion would deny counsel for defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Therefore, any period of delay resulting from this Court's granting the motion for continuance shall be excluded in computing the time within which the trial of this cause must commence under 18 U.S.C. § 3161. Further, the Court finds that in the interest of justice, this case shall be tried together with all co-defendants, pursuant to 18 U.S.C. § 3161(h)(6).

Accordingly, it is ORDERED that the captioned case is set for trial on December 10, 2018 at 9:00 a.m. Pretrial motions, if any, are due October 29, 2018, and responses thereto are due November 13, 2018. Pretrial materials are due November 26, 2018. The pretrial conference will be set for December 7, 2018 at 10:00 a.m.

**SO ORDERED**.

**SIGNED:** August 3, 2018.

                                              JANE J. BOYLE
                                              UNITED STATES DISTRICT JUDGE